[904 NE2d 837, 876 NYS2d 700]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KRISTERFER PASSINO, Appellant.

Decided February 24, 2009

### APPEARANCES OF COUNSEL

*Jones Ferradino,* Saratoga Springs (*M. Elizabeth Coreno* of counsel), and *Alfred O'Connor,* Albany, for appellant.

*Kevin C. Kortright, District Attorney,* Fort Edward (*Michael R. Stern* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. The issues raised on appeal were not preserved for this Court's review. Defendant did not raise any issue under *Miranda v Arizona* (384 US 436 [1966]) at County Court, and that court's ruling on the *Miranda* issue did not address any of the arguments defendant now makes.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH, PIGOTT and JONES.